CHERYL D. ORR (SBN 143196)
PHILIPPE A. LEBEL (SBN 274032)
SABA S. SHATARA (SBN 294150)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:     (415) 591-7510

Attorneys for Defendants
Kaplan, Inc. and Kaplan Higher Education, LLC

SHELLEY G. BRYANT - #222925
AMANDA B. WHITTEN - #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California  93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Plaintiff, MARCELLA JACKSON

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA JACKSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAPLAN HIGHER EDUCATION, LLC, a Delaware limited liability company, KAPLAN HIGHER EDUCATION CORPORATION, an unknown business entity, KAPLAN, INC., a Delaware corporation, and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:14-CV-00073-AWI-BAM<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES; AND ORDER THEREON** |

ACTIVE/ 77566558.1

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND SCHEDULING ORDER DEADLINES

1  Pursuant Rules 16 and 29 of the Federal Rules of Civil Procedure, defendants KAPLAN, INC. and KAPLAN HIGHER EDUCATION, LLC (collectively, "Defendants") and Plaintiff Marcella Jackson ("Plaintiff"), through their respective counsel, hereby jointly submit this stipulation for an order to extend the cutoff deadline for non-expert discovery one month, from October 29, 2014, to December 1, 2014.

WHEREAS, on May 19, 2014, the Court issued a Scheduling Conference Order requiring that non-expert discovery be completed no later than October 29, 2014;

WHEREAS, due to the varied geographic locations of the witnesses, the schedules of the parties and third-party witnesses, and the upcoming trial and hearing dates for Defendants' counsel, the parties are unable to complete non-expert discovery prior to the October 29 deadline;

WHEREAS, the parties believe they require a limited extension of time to complete all non-expert witness depositions and to propound written discovery, without affecting any other deadline established by the Court;

WHEREAS, having reviewed the respective schedules of counsel and the remaining witnesses, the parties believe that non-expert discovery can be completed by or before December 1, 2014.

WHEREAS, the parties have not made any previous requests to extend any discovery deadlines in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record that:

//
//
//
//
//
//
//
//

1. The deadline to complete non-expert discovery should be moved from October 29, 2014, to December 1, 2010.

2. No other deadlines in this action will be altered by this stipulation.

Dated: October 22, 2014                     DRINKER BIDDLE & REATH LLP


                                            By:  /s/ Philippe A. Lebel
                                               Cheryl D. Orr
                                               Philippe A. Lebel
                                               Saba S. Shatara

                                            Attorneys for Defendants
                                            Kaplan, Inc. and
                                            Kaplan Higher Education, LLC

Dated:  October 23, 2014                    BRYANT WHITTEN LLP


                                            By:  /s/ Amanda Whitten
                                               Amanda Whitten

                                            Attorney for Plaintiff,
                                            MARCELLA JACKSON


## ORDER

**GOOD CAUSE APPEARING THEREFOR**, the Court hereby approves this Joint Stipulation to Extend Scheduling Order Deadlines.

1. The deadline to complete non-expert discovery should be moved from October 29, 2014, to December 1, 2014.

2. No other deadlines in this action will be altered by this stipulation.

**IT IS SO ORDERED**.

Dated:  **October 23, 2014**             /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE