1  CHERYL D. ORR (SBN 143196)
   PHILIPPE A. LEBEL (SBN 274032)
2  SABA S. SHATARA (SBN 294150)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, CA  94105-2235
4  Telephone:    (415) 591-7500
   Facsimile:    (415) 591-7510
5
   Attorneys for Defendants
6  Kaplan, Inc. and Kaplan Higher Education, LLC

7  SHELLEY G. BRYANT - #222925
   AMANDA B. WHITTEN - #251160
8  BRYANT WHITTEN, LLP
   8050 North Palm Avenue, Suite 210
9  Fresno, California  93711
   (559) 494-4910 Telephone
10 (559) 421-0369 Facsimile

11 Attorneys for Plaintiff, MARCELLA JACKSON

12

13                    UNITES STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

| 16 | MARCELLA JACKSON, | Case No. 1:14-CV-00073-AWI-BAM |
|---|---|---|
| 17 | Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINES RE: MEDICAL RECORDS; AND ORDER THEREON** |
| 18 | v. | |
| 19 | KAPLAN HIGHER EDUCATION, LLC, a Delaware limited liability company, KAPLAN HIGHER EDUCATION CORPORATION, an unknown business entity, KAPLAN, INC., a Delaware corporation, and Does 1 through 20, inclusive, | |
| 23 | Defendants. | |

ACTIVE/ 78273461.1

JOINT STIPULATION ORDER TO EXTEND DEADLINES RE: MEDICAL RECORDS

Pursuant Rules 16 and 29 of the Federal Rules of Civil Procedure, defendants KAPLAN, INC. and KAPLAN HIGHER EDUCATION, LLC (collectively, "Defendants") and Plaintiff Marcella Jackson ("Plaintiff"), through their respective counsel, hereby jointly submit this stipulation for an order to (1) extend the deadline to file any motion or application related to Plaintiff's medical records, from December 19, 2014, to January 1, 2015; and (2) permit Defendants to designate an expert related to Plaintiff's medical records up to 21 days after Defendants receive Plaintiff's final medical records from all providers subpoenaed.

WHEREAS, on November 25, 2014, the Court issued an Order Regarding November 24, 2014 Discovery Conference providing that Defendants were entitled to discovery regarding Plaintiff's mental and physical health records for the time period beginning November 1, 2011, through the present, from health care providers served with subpoenas;

WHEREAS, Defendants served the following health care providers with subpoenas: Kaiser Permanente; Community Behavioral Health Center; the Fresno County Department of Behavioral Health; and Roberta Samples, MSN, APRN, FNP-BC, Anderson Medical Associates;

WHEREAS, the Court's order required the subpoenaed medical providers to produce Plaintiff's medical records on or before December 12, 2014, and extended the non-expert discovery deadline for the parties to file any motion or application regarding this discovery issue to no later than December 19, 2014;

WHEREAS, only one of Plaintiff's health care providers produced responsive records by the December 12, 2014 deadline; and, as of December 17, 2014, Community Behavioral Health Center still has yet to provide any records, despite the Court's order;

WHEREAS, while the remaining provider has represented that they will produce Plaintiff's medical records by Friday, December 19, 2014, that is insufficient time for Defendants to review the records and determine whether any motion needs to be filed to address any deficiencies (if any) or compel further related discovery;

WHEREAS, to allow adequate time to review the late produced records, the parties agree and request that the Court extend the deadline to file any motions or applications related to the medical records to January 1, 2015;

WHEREAS, since Defendants cannot reasonably determine whether they will need to designate a medical expert until they have received and reviewed Plaintiff's medical records, the parties agree that Defendants may designate a medical expert related to Plaintiff's medical records within 21 days of receipt of the final medical records;

WHEREAS, Defendants agree to promptly make any designated expert available for deposition;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties through their undersigned counsel of record that:

1. The deadline to file any motions related to the medical records outlined is extended to January 1, 2015.

2. Defendants may designate a medical expert related to Plaintiff's medical records within 21 days of receipt of the final medical records.

Dated: December 19, 2014                         DRINKER BIDDLE & REATH LLP

                                                 By:  /s/ Philippe A. Lebel
                                                     Cheryl D. Orr
                                                     Philippe A. Lebel
                                                     Saba S. Shatara

                                                 Attorneys for Defendants
                                                 Kaplan, Inc. and
                                                 Kaplan Higher Education, LLC

Dated:  December 23, 2014                        BRYANT WHITTEN LLP

                                                 By:  /s/ Amanda Witten
                                                     Amanda Whitten

                                                 Attorney for Plaintiff,
                                                 MARCELLA JACKSON

**ORDER**

**GOOD CAUSE APPEARING,** the Court hereby approves this Joint Stipulation to Extend Deadlines Re: Medical Records as set forth above.

IT IS SO ORDERED.

Dated: **December 23, 2014**        /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ACTIVE/ 78273461.1

- 3 -

JOINT STIPULATION & ORDER TO EXTEND DEADLINES RE: MEDICAL RECORDS