CHERYL D. ORR (SBN 143196)
PHILIPPE A. LEBEL (SBN 274032)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
Kaplan, Inc. and Kaplan Higher Education, LLC

AMANDA B. WHITTEN - #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California  93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Plaintiff, MARCELLA JACKSON

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA JACKSON,<br><br>            Plaintiff,<br><br>     v.<br><br>KAPLAN HIGHER EDUCATION, LLC, a Delaware limited liability company, KAPLAN HIGHER EDUCATION CORPORATION, an unknown business entity, KAPLAN, INC., a Delaware corporation, and Does 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:14-CV-00073-AWI-BAM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DATE OF PRETRIAL CONFERENCE** |

Pursuant Rule 16 of the Federal Rules of Civil Procedure, defendants KAPLAN, INC. and KAPLAN HIGHER EDUCATION, LLC (collectively, "Defendants") and Plaintiff Marcella Jackson ("Plaintiff"), through their respective counsel, hereby jointly submit this stipulation for an order to (1) continue the date for the final pretrial conference in this matter from June 5, 2015 to either June 9, 2015 or June 16, 2015.

WHEREAS, on May 19, 2014, the Court issued a Scheduling Conference Order setting the date of the final pretrial conference for May 15, 2015;

WHEREAS, on May 8, 2015, the Court issued a minute order continuing the date of the final pretrial conference from May 15, 2015 to June 5, 2015 due to the press of business;

WHEREAS, counsel for Defendants are unavailable on June 5, 2015 due to preexisting conflicts in other cities and/or states;

WHEREAS, in order to accommodate the schedules of all parties, the parties agree and request that the Court continue the date for the final pretrial conference from June 5, 2015 to either June 9, 2015 or June 16, 2015;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties through their undersigned counsel of record that:

The date of the final pretrial conference is continued from June 5, 2015, to June 16, 2015.

DRINKER BIDDLE & REATH LLP

By: */s/ Cheryl D. Orr*
Cheryl D. Orr
Philippe A. Lebel

Attorneys for Defendants KAPLAN, INC. and KAPLAN HIGHER EDUCATION, LLC

Dated: May 15, 2015    BRYANT WHITTEN LLP

By: */s/ Amanda Whitten*
Amanda Whitten

Attorney for Plaintiff,
MARCELLA JACKSON

**ORDER**

**GOOD CAUSE APPEARING THEREFOR**, the Court hereby approves this Joint Stipulation to Continue the Date of the Pretrial Conference to June 16, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 15, 2015                                   _____
                                                                            SENIOR DISTRICT JUDGE